**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISLEE CARDINAL HALL, | No. 14-16916 |
| Plaintiff - Appellant, | D.C. No. 5:14-cv-01404-LHK |
| v. | |
| APOLLO GROUP, INC.; THE UNIVERSITY OF PHOENIX, INC., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted June 14, 2016[**]

Before:      BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Krislee Cardinal Hall appeals pro se from the district court's judgment

dismissing her diversity action alleging various claims in connection with her

enrollment in higher education degree programs.  We have jurisdiction under 28

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).  Accordingly, we deny Hall's requests for oral argument.

U.S.C. § 1291.  We affirm.

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim[.]").  Accordingly, we do not consider whether the district court properly dismissed Hall's complaint.

We reject as without merit Hall's contentions that the district court was biased against her or engaged in judicial misconduct.  *See United States v. Hernandez*, 109 F.3d 1450, 1453-54 (9th Cir. 1997) (explaining that under both 28 U.S.C. § 144 and 28 U.S.C. § 455, the substantive standard for recusal is whether "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned" (citation and internal quotation marks omitted)); *see also United States v. Johnson*, 610 F.3d 1138, 1147 (9th Cir. 2010) ("[J]udicial rulings or information acquired by the court in its judicial capacity will rarely support recusal.").

All pending motions and requests are denied.

**AFFIRMED.**

14-16916